# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **JENNY ESPINAL TEJADA**, | Case No. 2:24-cr-00165-JDW |

### ORDER

**AND NOW**, this 5th day of December, 2025, upon consideration of Jenny Espinal Tejada's Motion To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (ECF No. 58), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**, and a certificate of appealability shall not issue.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.